IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUTOMOTIVE TECHNOLOGIES INTERNATIONAL, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> vs. <br><br> HYUNDAI MOTOR AMERICA, a Delaware corporation, BMW OF NORTH AMERICA, LLC, a Delaware limited liability company and KIA MOTORS AMERICA, INC., a Delaware corporation, <br><br> Defendants. | C.A. No. <br><br><br> **JURY TRIAL DEMANDED** |

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

Plaintiff Automotive Technologies International, Inc. submits the following in accordance with Federal Rule of Civil Procedure 7.1:

Automotive Technologies International, Inc. has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: June 16, 2006

_/s/ Richard K. Herrmann_
Richard K. Herrmann (I.D. No. 405)
MORRIS, JAMES, HITCHENS & WILLIAMS, LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com

SOMMERS SCHWARTZ, P.C.
Andrew Kochanowski
Attorneys for Plaintiff
2000 Town Center, Suite 900
Southfield, MI 48075
(248) 355-0300

BANIAK PINE & GANNON
Michael H. Baniak
Attorneys for Plaintiff
150 N. Wacker Drive, Suite 1200
Chicago, IL 60606
(312) 673-0360

Attorneys for Plaintiff