✎ AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been

filed in the U.S. District Court _____Delaware_____ on the following   X Patents or   ☐ Trademarks:

| DOCKET NO.<br>06cv391 | DATE FILED<br>6/16/06 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br>Automotive Technologies International Inc. | | DEFENDANT<br>Hyundai Motor America, et al. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 5,901,978 | 5/11/99 | Automotive Technologies International Inc. |
| 2 | US 6,325,414 B2 | 12/4/01 | Automotive Technologies International Inc. |
| 3 | US 6,422,595 B1 | 7/23/02 | Automotive Technologies International Inc. |
| 4 | US 6,484,080 B2 | 11/19/02 | Automotive Technologies International Inc. |
| 5 | US 6,712,387 B1 | 3/30/04 | Automotive Technologies International Inc. |
| | US 6,757,602 B2 | 6/29/04 | Automotive Technologies International Inc. |
| | US 6,833,516 B2 | 12/21/04 | Automotive Technologies International Inc. |
| | US 6,850,824 B2 | 2/1/05 | Automotive Technologies International Inc. |
| | US 6,869,100 B2 | 3/22/05 | Automotive Technologies International Inc. |
| | US 6,942,248 B2 | 9/13/05 | Automotive Technologies International Inc. |
| | US 6,958,451 B2 | 10/25/05 | Automotive Technologies International Inc. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK<br><br>PETER T. DALLEO, CLERK OF COURT | (BY) DEPUTY CLERK | DATE<br><br>June 19, 2006 |
|---|---|---|

✎ AO 120 (Rev. 3/04)

**Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy**