

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Delaware__

AUTOMOTIVE TECHNOLOGIES
INTERNATIONAL, INC.,
    Plaintiff,

    V.

HYUNDAI MOTOR AMERICA,
BMW OF NORTH AMERICA, LLC and
KIA MOTORS AMERICA, INC.,
    Defendants..

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:    06 - 391

TO: (Name and address of Defendant)

Hyundai Motor America
c/o Registered Agent - National Registered Agents, Inc.
160 Greentree Drive, Suite 101
Dover, DE  19904

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard K. Herrmann, Esq.
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801
302.888.6800

an answer to the complaint which is served on you with this summons, within _____Twenty (20)_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

6/16/06

CLERK

DATE

(By) DEPUTY CLERK

2002 © American LegalNet, Inc.

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE July 13, 2006 |
|---|---|
| NAME OF SERVER *(PRINT)* Marian Hogan | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where National Registered Agents, Inc., 160 Greentree Drive, Ste 101, Dover, DE 19901. Service Accepted by Tina Bunovich at 2:00pm

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were _____

☐ Returned _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7-13-06 _____  Marian Hogan
Date            Signature of Server

32 W. Loockerman St.
Suite 109
Dover, De 19901
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

2002 © American LegalNet, Inc.