IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUTOMOTIVE TECHNOLOGIES INTERNATIONAL INC., <br><br> Plaintiff, <br><br> v. <br><br> HYUNDAI MOTOR AMERICA, BMW OF NORTH AMERICA LLC and KIA MOTORS AMERICA INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 06-391 (GMS) |

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

Plaintiff and Defendant BMW of North America, LLC ("BMWNA") hereby stipulate, through their undersigned counsel, that BMWNA's time to answer, move or otherwise respond to the Complaint in this action is extended to September 8, 2006.

This extension is sought by BMWNA so that it may fully investigate the claims brought by Plaintiff prior to responding to the Complaint with the understanding that this extension will not be used to otherwise delay this litigation.

MORRIS, JAMES, HITCHENS & WILLIAMS

By: */s/ Mary Matterer*
   Richard K. Herrmann (#405)
   Mary Matterer (#2696)
   222 Delaware Avenue, 10th Floor
   Wilmington, DE 19801
   Tel: (302) 888-6800
   rherrmann@morrisjames.com
   mmatterer@morrisjames.com

*Attorneys for Plaintiff*
*Automotive Technologies International Inc.*

POTTER ANDERSON & CORROON LLP

By: */s/ Richard L. Horwitz*
   Richard L. Horwitz (#2246)
   David E. Moore (#3983)
   Hercules Plaza, 6th Floor
   1313 N. Market Street
   Wilmington, Delaware 19801
   Tel: (302) 984-6000
   rhorwitz@potteranderson.com
   dmoore@potteranderson.com

*Attorney for Defendant*
*BMW of North America LLC*

IT IS SO ORDERED this _____ day of _____, 2006

_____
United States District Court Judge

743145