IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUTOMOTIVE TECHNOLOGIES<br>INTERNATIONAL INC.<br><br>*Plaintiff*<br><br>v.<br><br>HYUNDAI MOTOR AMERICA,<br>BMW OF NORTH AMERICA LLC AND<br>KIA MOTORS AMERICA INC.<br><br>*Defendants* | C.A. NO. 1:06-CV-391 -GMS<br>JURY TRIAL DEMANDED |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Jeffrey K. Sherwood, Esquire, Frank, C. Cimino, Jr., Esquire, Paul A. Gennari, Esquire and Jin-Suk Park, Esquire of the law firm of Akin Gump Strauss Hauer & Feld LLP to represent Hyundai Motor America and Kia Motors America, Inc. in this matter.

Date: September 26, 2006

Respectfully submitted,

By: /s/ *Patricia S. Rogowski*
    Paul E. Crawford, Esq. (#0493)
    Patricia S. Rogowski, Esq. (#2632)
    CONNOLLY BOVE LODGE & HUTZ LLP
    The Nemours Building, 8th floor
    1007 North Orange Street
    Wilmington, DE 19801
    Telephone: (302) 658-9141
    Facsimile: (302) 658-5614

*ATTORNEYS FOR DEFENDANTS*
*HYUNDAI MOTOR AMERICA and*
*KIA MOTORS AMERICA, INC.*

OF COUNSEL:

Jeffrey K. Sherwood
Frank C. Cimino
Paul A. Gennari
Jin-Suk Park
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, DC 20036-1564
(202) 887-4000

*ATTORNEYS FOR DEFENDANTS*
*HYUNDAI MOTOR AMERICA and*
*KIA MOTORS AMERICA, INC.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____    _____
United States District Judge
The Honorable Gregory M. Sleet

490110_1.DOC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUTOMOTIVE TECHNOLOGIES INTERNATIONAL INC.<br><br>*Plaintiff*<br><br>v.<br><br>HYUNDAI MOTOR AMERICA, BMW OF NORTH AMERICA LLC AND KIA MOTORS AMERICA INC.<br><br>*Defendants* | )<br>)<br>)<br>)<br>)<br>)  C.A. NO. 1:06-CV-391 -GMS<br>)  JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing a member of the Bars of the District of Columbia, Commonwealth of Virginia and the Texas, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for the District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office concurrent with the filing of this motion

Date: September 9, 2006

_____
Jeffrey K. Sherwood, Esq.
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, DC 20036
(202) 887-4440
*Attorney for Defendants Hyundai Motor America and Kia Motors America, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUTOMOTIVE TECHNOLOGIES<br>INTERNATIONAL INC.<br><br>*Plaintiff*<br><br>v.<br><br>HYUNDAI MOTOR AMERICA, BMW OF<br>NORTH AMERICA LLC AND KIA<br>MOTORS AMERICA INC.<br><br>*Defendants* | )<br>)<br>)<br>)<br>)<br>)  C.A. NO. 1:06-CV-391-GMS<br>)  JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing a member of the Bars of the State of Maryland and the District of Columbia and registered to practice before the United States Patent and Trademark Office, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for the District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office concurrent with the filing of this motion

Date: September 19th, 2006

_____
Frank C. Cimino, Jr., Esq.
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, DC 20036
(202) 887-4020
*Attorney for Defendants Hyundai Motor America
and Kia Motors America, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUTOMOTIVE TECHNOLOGIES<br>INTERNATIONAL INC.<br><br>*Plaintiff*<br><br>v.<br><br>HYUNDAI MOTOR AMERICA, BMW OF<br>NORTH AMERICA LLC AND KIA<br>MOTORS AMERICA INC.<br><br>*Defendants* | )<br>)<br>)<br>)<br>)   C.A. NO. 1:06-CV-391-GMS<br>)   JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing a member of the Bars of the District of Columbia, Massachusetts, New York and Virginia, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for the District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office concurrent with the filing of this motion

Date: September 7, 2006

/s/ Paul Gennari
Paul A. Gennari., Esq.
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, DC 20036
(202) 887-4586
*Attorney for Defendants Hyundai Motor America and Kia Motors America, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AUTOMOTIVE TECHNOLOGIES INTERNATIONAL INC. | ) ) ) | |
| *Plaintiff* | ) ) | |
| v. | ) ) ) | C.A. NO. 1:06-CV-391-GMS<br>JURY TRIAL DEMANDED |
| HYUNDAI MOTOR AMERICA, BMW OF NORTH AMERICA LLC AND KIA MOTORS AMERICA INC. | ) ) ) ) | |
| *Defendants* | ) ) | |

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing a member of the Bars of the District of Columbia and New York, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for the District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office concurrent with the filing of this motion

Date: September 7, 2006

_____
Jin-Suk Park, Esq.
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, DC 20036
(202) 887-4020
*Attorney for Defendants Hyundai Motor America and Kia Motors America, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2006, a true and correct copy of the foregoing **MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*** was caused to be served on the following via CM/ECF filing to:

Richard K. Herrmann
MORRIS, JAMES, HITCHENS & WILLIAMS
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899-2306
Email: rherrmann@morrisjames.com

*Attorney for Plaintiff Automotive Technologies International Inc.*

Richard L. Horwitz
POTTER ANDERSON & CORROON, LLP
1313 N. Market St.
Hercules Plaza
6th Floor
P.O. Box 951
Wilmington, DE 19899-0951
Email: rhorwitz@potteranderson.com
*Attorney for BMW of North America LLC*

　　　　　　　　　　　　　　　　　/s/ Patricia S. Rogowski
　　　　　　　　　　　　　　　　Patricia S. Rogowski, Esq. (#2632)
　　　　　　　　　　　　　　　　Connolly Bove Lodge & Hutz LLP
　　　　　　　　　　　　　　　　(302) 888-6201
　　　　　　　　　　　　　　　　(302) 658-5614 (Facsimile)
　　　　　　　　　　　　　　　　progowski@cblh.com