IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUTOMOTIVE TECHNOLOGIES INTERNATIONAL, INC., <br><br> Plaintiff, <br><br>vs. <br><br>HYUNDAI MOTOR AMERICA, <br>BMW OF NORTH AMERICA, LLC, <br>KIA MOTORS AMERICA, INC., <br><br> Defendants. | ) ) ) ) ) ) C.A. No. 06-391 (GMS) ) ) ) ) ) ) ) |

**KIA MOTORS AMERICA, INC.'S RULE 7.1 CORPORATE DISCLOSURE**

Pursuant to Fed. R. Civ. Pro. 7.1, Kia Motors America, Inc. ("KMA") submits the following corporate disclosure statement:

KMA is a wholly owned subsidiary of Kia Motors Corporation based in Seoul, South Korea.

Dated: October 27, 2006                    Respectfully submitted by

/s/ Paul E. Crawford
Paul E. Crawford, Esq. (#0493)
Patricia S. Rogowski, Esq. (#2632)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building, 8th floor
1007 North Orange Street
Wilmington, DE  19801
Telephone: (302) 658-9141
Facsimile:  (302) 658-5614
pcrawford@cblh.com

Jeffrey K. Sherwood
Frank C. Cimino
Paul A. Gennari
Jin-Suk Park
Akin Gump Strauss Hauer & Feld LLP

657329v1

Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, DC  20036-1564
(202) 887-4000

*Attorneys For Defendant Kia Motors America, Inc.*

**CERTIFICATE OF SERVICE**

     I certify that a true and correct copy of the foregoing **KIA MOTORS AMERICA'S RULE 7.1 CORPORATE DISCLOSURE** was served this 27th day of October, 2006, upon each of the following persons by CM/ECF which will send notification of such filing to the following and the document is available for viewing and downloading from CM/ECF:

Richard K. Herrmann
Morris, James, Hitchens & Williams
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801

Richard L. Horwitz
Potter Anderson & Corroon, LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
Wilmington, DE  19801

Jeffrey K. Sherwood
Frank C. Cimino
Paul A. Gennari
Jin-Suk Park
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, DC   20036-1564

                                                  */s/   Paul E. Crawford*
                                                  Paul E. Crawford, Esq.
                                                  Connolly Bove Lodge & Hutz LLP
                                                  (302) 888-6262
                                                  (302) 658-5614 (Facsimile)
                                                  pcrawford@cblh.com