IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AUTOMOTIVE TECHNOLOGIES INTERNATIONAL INC. | ) ) ) | |
| *Plaintiff* | ) ) | |
| v. | ) ) ) | C.A. NO. 1:06-CV-391 -GMS<br>JURY TRIAL DEMANDED |
| HYUNDAI MOTOR AMERICA, BMW OF NORTH AMERICA LLC AND KIA MOTORS AMERICA INC. | ) ) ) ) | |
| *Defendants* | ) ) | |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of William E. Potts, Jr., Esquire of the law firm of Akin Gump Strauss Hauer & Feld LLP to represent Hyundai Motor America and Kia Motors America, Inc. in this matter.

Date: November 10, 2006

Respectfully submitted,

By: /s/ Paul E. Crawford
    Paul E. Crawford, Esq. (#0493)
    Patricia S. Rogowski, Esq. (#2632)
    CONNOLLY BOVE LODGE & HUTZ LLP
    The Nemours Building, 8th floor
    1007 North Orange Street
    Wilmington, DE 19801
    Telephone: (302) 658-9141
    Facsimile: (302) 658-5614

*ATTORNEYS FOR DEFENDANTS*
*HYUNDAI MOTOR AMERICA and*
*KIA MOTORS AMERICA INC.*

OF COUNSEL:

Jeffrey K. Sherwood
Frank C. Cimino
Paul A. Gennari
Jin-Suk Park
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, DC  20036-1564
(202) 887-4000

*ATTORNEYS FOR DEFENDANTS
HYUNDAI MOTOR AMERICA and
KIA MOTORS AMERICA INC.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____    _____
United States District Judge
The Honorable Gregory M. Sleet

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUTOMOTIVE TECHNOLOGIES INTERNATIONAL INC.<br><br>*Plaintiff*<br><br>v.<br><br>HYUNDAI MOTOR AMERICA, BMW OF NORTH AMERICA LLC AND KIA MOTORS AMERICA INC.<br><br>*Defendants* | C.A. NO. 1:06-CV-391-GMS<br>JURY TRIAL DEMANDED |

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and a member in good standing of the Bars of the District of Columbia and the Commonwealth of Virginia and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for the District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office concurrent with the filing of this motion

Date: November __9__, 2006

William E. Potts, Jr., Esq.
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, DC 20036
(202) 887-4138
*Attorney for Defendants Hyundai Motor America and Kia Motors America, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2006, a true and correct copy of the foregoing **MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*** was caused to be served on the following via CM/ECF filing to:

Richard K. Herrmann
Morris, James, Hitchens & Williams
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801

Richard L. Horwitz
Potter Anderson & Corroon, LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
Wilmington, DE  19801

      /s/   Paul E. Crawford
      Paul E. Crawford, Esq. (#0493)
      Connolly Bove Lodge & Hutz LLP
      (302) 888-6262
      (302) 658-5614 (Facsimile)
      pcrawford@cblh.com