IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUTOMOTIVE TECHNOLOGIES INTERNATIONAL, INC., <br>   Plaintiff, <br><br> v. <br><br> HYUNDAI MOTOR AMERICA, <br> BMW OF NORTH AMERICA, LLC, <br> KIA MOTORS AMERICA, INC., <br>   Defendants. | Civil Action No. 06-391 (GMS) |

## NOTICE OF SERVICE

The undersigned, counsel for defendants Hyundai Motor America and Kia Motor America, Inc., hereby certify that a copy of 1) Hyundai Motor America's First Set of Interrogatories (Nos. 1-4) to Plaintiff Automotive Technologies International, Inc.; 2) Kia Motors America, Inc.'s First Set of Interrogatories (Nos. 1-4) to Plaintiff Automotive Technologies International, Inc.; and 3) Hyundai Motor America's and Kia Motors America, Inc.'s First Set of Requests for Production of Documents and Things (Nos. 1-104) to Plaintiff Automotive Technologies International, Inc. were caused to be served on December 7, 2006 upon the following counsel of record by electronic mail and first class mail:

Richard K. Herrmann
Mary Matterer
Morris, James, Hitchens & Williams
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

Michael H. Baniak
Baniak Pine & Gannon
150 North Wacker Drive, Suite 1200
Chicago, IL 60606

Andrew Kochanowski
Sommers Schwartz PC
2000 Town Center, Suite 900
Southfield, MI 48075

Richard L. Horwitz
Potter Anderson & Corroon, LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 19801

Joe P. Lavelle
Thomas M. Dunham
Howrey LLP
1299 Pennsylvania Ave., NW
Washington, DC 20004


Date:  December 7, 2006         By:    */s/ Paul E. Crawford*
                                       Paul E. Crawford, Esq. (No. 0493)
                                       CONNOLLY, BOVE, LODGE & HUTZ LLP
                                       The Nemours Building
                                       1007 North Orange Street
                                       P.O. Box 2207
                                       Wilmington, DE  19899
                                       Telephone:  (302) 658-9141

                                       ATTORNEYS FOR DEFENDANTS HYUNDAI
                                       MOTOR AMERICA AND KIA MOTORS
                                       AMERICA, INC.

## CERTIFICATE OF SERVICE

I hereby certify that copies of this Notice of Service were caused to be served on December 7, 2006, upon the following counsel of record in the manner indicated:

**VIA CM/ECF AND FIRST CLASS MAIL**
Richard K. Herrmann
Mary Matterer
Morris, James, Hitchens & Williams
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801

Richard L. Horwitz
Potter Anderson & Corroon, LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
Wilmington, DE  19801

**VIA FIRST CLASS MAIL**
Andrew Kochanowski
Sommers Schwartz PC
2000 Town Center, Suite 900
Southfield, MI 48075

Michael H. Baniak
Baniak Pine & Gannon
150 North Wacker Drive, Suite 1200
Chicago, IL 60606

Joe P. Lavelle
Thomas M. Dunham
Howrey LLP
1299 Pennsylvania Ave., NW
Washington, DC 20004

/s/  *Paul E. Crawford*
Paul E. Crawford, Esq.