IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUTOMOTIVE TECHNOLOGIES INT'L, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-391 GMS |
| ) | |
| HYUNDAI MOTOR AMERICA, ET AL ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER**

For the reasons stated in the court's Memorandum, in C.A. No. 06-187, of this same date,

IT IS HEREBY ORDERED that:

The defendants' Motion to Transfer the above-captioned matter to the United States District Court for the Eastern District of Michigan (D.I. 22) is DENIED.

Dated: December 21, 2006              /s/ Gregory M. Sleet
                                      UNITED STATES DISTRICT JUDGE