**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AUTOMOTIVE TECHNOLOGIES INTERNATIONAL, INC.<br><br>                         Plaintiff,<br><br>   v.<br><br>HYUNDAI MOTOR OF AMERICA, BMW OF NORTH AMERICA, LLC and KIA MOTORS AMERICA, INC.,<br><br>                         Defendants. | C.A. No. 06-391 (GMS) |

**NOTICE OF SERVICE**

Please take notice that on the 22nd day of December, 2006, copies of the following document, **PLAINTIFF'S RULE 26(a) DISCLOSURES**, were served on counsel as indicated:

**VIA EMAIL AND HAND DELIVERY**
Paul E. Crawford
Patricia S. Rogowski
Connolly Bove Lodge & Hutz LLP
The Nemours Bldg, 8th Floor
1007 North Orange Street
Wilmington, DE 19801

**VIA EMAIL AND HAND DELIVERY**
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

**VIA EMAIL AND FEDEX**
Jeffrey K. Sherwood
Jin-Suk Park
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564
202.887.4440

**VIA EMAIL AND FEDEX**
Joseph P. Lavelle
Thomas M. Dunham
Howrey LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
202.783.0800

|  |  |
|---|---|
| December 22, 2006 | */s/ Richard K. Herrmann* <br> Richard K. Herrmann #405 <br> Mary B. Matterer #2696 <br> MORRIS JAMES LLP <br> 500 Delaware Avenue, Suite 1500 <br> Wilmington, Delaware  19801-1494 <br> (302) 888-6800 <br> rherrmann@morrisjames.com <br><br> Attorneys for Plaintiff <br> AUTOMOTIVE TECHNOLOGIES <br> INTERNATIONAL, INC. |