IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUTOMOTIVE TECHNOLOGIES INTERNATIONAL, INC.,<br>    Plaintiff,<br><br>v.<br><br>HYUNDAI MOTOR AMERICA,<br>BMW OF NORTH AMERICA, LLC,<br>KIA MOTORS AMERICA, INC.,<br>    Defendants. | Civil Action No. 06-391 (GMS) |

## NOTICE OF SERVICE

The undersigned, counsel for defendants Hyundai Motor America and Kia Motors America, Inc., hereby certify that a copy of 1) Defendant Kia Motors America, Inc.'s Initial Disclosures Pursuant to Federal Rule 26(a) and 2) Defendant Hyundai Motor America's Initial Disclosures Pursuant to Rule 26(a) were caused to be served on December 22, 2006 upon the following counsel of record as indicated:

**VIA HAND DELIVERY AND E-MAIL**
Richard K. Herrmann
Mary Matterer
Morris, James, Hitchens & Williams
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801

**VIA FIRST CLASS MAIL AND E-MAIL**
Andrew Kochanowski
Sommers Schwartz PC
2000 Town Center, Suite 900
Southfield, MI 48075

**VIA FIRST CLASS MAIL AND E-MAIL**
Michael H. Baniak
Baniak Pine & Gannon
150 North Wacker Drive, Suite 1200
Chicago, IL 60606

**VIA HAND DELIVERY AND E-MAIL**
David Ellis Moore
Richard L. Horwitz
Potter Anderson & Corroon, LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 19801

**VIA FIRST CLASS MAIL AND E-MAIL**
Joe P. Lavelle
Thomas M. Dunham
Howrey LLP
1299 Pennsylvania Ave., NW
Washington, DC 20004

Date:   December 22, 2006          By:     */s/ Paul E. Crawford*
                                           Paul E. Crawford, Esq. (No. 0493)
                                           CONNOLLY, BOVE, LODGE & HUTZ LLP
                                           The Nemours Building
                                           1007 North Orange Street
                                           P.O. Box 2207
                                           Wilmington, DE  19899
                                           Telephone:  (302) 658-9141

                                           ATTORNEYS FOR DEFENDANTS HYUNDAI
                                           MOTOR AMERICA AND KIA MOTORS
                                           AMERICA, INC.

## CERTIFICATE OF SERVICE

I hereby certify that copies of this Notice of Service were caused to be served on December 22, 2006, upon the following counsel of record in the manner indicated:

**VIA HAND DELIVERY AND E-MAIL**
Richard K. Herrmann
Mary Matterer
Morris, James, Hitchens & Williams
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801

David Ellis Moore
Richard L. Horwitz
Potter Anderson & Corroon, LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
Wilmington, DE  19801

**VIA FIRST CLASS MAIL AND E-MAIL**
Andrew Kochanowski
Sommers Schwartz PC
2000 Town Center, Suite 900
Southfield, MI 48075

Michael H. Baniak
Baniak Pine & Gannon
150 North Wacker Drive, Suite 1200
Chicago, IL 60606

Joe P. Lavelle
Thomas M. Dunham
Howrey LLP
1299 Pennsylvania Ave., NW
Washington, DC 20004

/s/   Paul E. Crawford
Paul E. Crawford, Esq. (No. 0493)