**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AUTOMOTIVE TECHNOLOGIES INTERNATIONAL, INC.<br><br>                    Plaintiff,<br><br>        v.<br><br>HYUNDAI MOTOR OF AMERICA, BMW OF NORTH AMERICA, LLC and KIA MOTORS AMERICA, INC.,<br><br>                    Defendants. | C.A. No. 06-391 (GMS) |

**NOTICE OF SERVICE**

Please take notice that on the 22nd day of December 2006, copies of **PLAINTIFF'S**

**PRELIMINARY CLAIM DISCLOSURE** were served on counsel listed below via e-mail

and U.S. mail:

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware  19801

Joseph P. Lavelle
Thomas M. Dunham
Howrey LLP
1299 Pennsylvania Avenue, NW
Washington, D.C.  20004
202-783-0800

Paul E. Crawford
Patricia S. Rogowski
Connolly Bove Lodge & Hutz LLP
The Nemours Building, 8th Floor
1007 North Orange Street
Wilmington, Delaware  19801

Jeffrey K. Sherwood
Jin-Suk Park
Akin Gump Strauss Hauer & Eeld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, D.C.  20036-1564
202-887-4000

December 22, 2006

*/s/ Richard K. Herrmann*

Richard K. Herrmann (I.D. No. 405)
Mary B. Matterer (I.D. No. 2696)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware  19801-1494
(302) 888-6800
rherrmann@morrisjames.com

Attorneys for Plaintiff
AUTOMOTIVE TECHNOLOGIES INTERNATIONAL, INC.