# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUTOMOTIVE TECHNOLOGIES INTERNATIONAL, INC.<br><br>                      Plaintiff,<br><br>    v.<br><br>HYUNDAI MOTOR OF AMERICA, BMW OF NORTH AMERICA, LLC and KIA MOTORS AMERICA, INC.,<br><br>                      Defendants. | C.A. No. 06-391 (GMS) |

## NOTICE OF CHANGE OF FIRM NAME AND ADDRESS

Please take notice of the following new firm name, address, telephone number, facsimile number, and email address for counsel of record for the Plaintiff:

>Michael H. Baniak
>baniak@mbhb.com
>McDonnell Boehnen Hulbert & Berghoff
>300 South Wacker Drive
>Chicago, Illinois  60606
>312-913-0001  Telephone
>312-913-0002  Facsimile

January 17, 2007

*/s/ Richard K. Herrmann*
Richard K. Herrmann (I.D. No. 405)
Mary Matterer (I.D. No. 2696)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware  19801-1494
(302) 888-6800
mmatterer@morrisjames.com

Michael H. Baniak
MCDONNELL BOEHNEN HULBERT & BERGHOFF
300 South Wacker Drive
Chicago, Illinois  60606
312-913-0001  Telephone
312-913-0002  Facsimile

Andrew Kochanowski
SOMMERS SCHWARTZ, P.C.
2000 Town Center, Suite 900
Southfield, Michigan 48075
(248) 355-0300 Telephone
(248) 936-2140 Facsimile

Attorneys for Plaintiff
AUTOMOTIVE TECHNOLOGIES INTERNATIONAL, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2007, the foregoing document was electronically filed with the Clerk of the Court using the ECF system, which will send notification of such filing to the following attorneys:

Richard L. Horwitz
rhorwitz@potteranderson.com
David E. Moore
dmoore@potteranderson.com
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware  19801

Joseph P. Lavelle
lavelle@howrey.com
Thomas M. Dunham
dunhamt@howrey.com
Howrey LLP
1299 Pennsylvania Avenue, NW
Washington, D.C.  20004
202-783-0800

Paul E. Crawford
pcrawford@cblh.com
Patricia S. Rogowski
progowski@cblh.com
Connolly Bove Lodge & Hutz LLP
The Nemours Building, 8th Floor
1007 North Orange Street
Wilmington, Delaware  19801

Jeffrey K. Sherwood
jsherwood@akingump.com
Jin-Suk Park
jspark@akingump.com
Akin Gump Strauss Hauer & Eeld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, D.C.  20036-1564
202-887-4000

*/s/ Richard K. Herrmann*
Richard K. Herrmann (I.D. No. 405)
Mary Matterer (I.D. No. 2696)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware  19801-1494
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com