IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUTOMOTIVE TECHNOLOGIES INTERNATIONAL, INC.,<br>         Plaintiff,<br><br>v.<br><br>HYUNDAI MOTOR AMERICA,<br>BMW OF NORTH AMERICA, LLC,<br>KIA MOTORS AMERICA, INC.,<br>         Defendants. | Civil Action No. 06-391 (GMS) |

## NOTICE OF SERVICE

The undersigned, counsel for defendants Hyundai Motor America and Kia Motors America, Inc., hereby certify that a copy of DEFENDANTS HYUNDAI MOTOR AMERICA'S AND KIA MOTORS AMERICA, INC.'S PRELIMINARY IDENTIFICATION OF CLAIM TERMS were caused to be served on January 19, 2007 upon the following counsel of record via electronic mail in addition to the manner indicated:

**VIA HAND DELIVERY**
Richard K. Herrmann
Mary Matterer
Morris, James, Hitchens & Williams
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
Michael H. Baniak
Baniak Pine & Gannon
150 North Wacker Drive, Suite 1200
Chicago, IL 60606

**VIA FIRST CLASS MAIL**
Joe P. Lavelle
Thomas M. Dunham
Howrey LLP
1299 Pennsylvania Ave., NW
Washington, DC 20004

**VIA FIRST CLASS MAIL**
Andrew Kochanowski
Sommers Schwartz PC
2000 Town Center, Suite 900
Southfield, MI 48075

**VIA HAND DELIVERY**
David Ellis Moore
Richard L. Horwitz
Potter Anderson & Corroon, LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 19801

Date:  January 19, 2007            By:   */s/ Francis DiGiovanni (#3189) for*
                                         Paul E. Crawford, Esq. (No. 0493)
                                         CONNOLLY, BOVE, LODGE & HUTZ LLP
                                         The Nemours Building
                                         1007 North Orange Street
                                         P.O. Box 2207
                                         Wilmington, DE  19899
                                         Telephone:  (302) 658-9141

                                         ATTORNEYS FOR DEFENDANTS HYUNDAI
                                         MOTOR AMERICA AND KIA MOTORS
                                         AMERICA, INC.

## CERTIFICATE OF SERVICE

I hereby certify that copies of this Notice of Service were caused to be served on January 19, 2007, upon the following counsel of record via electronic mail:

Richard K. Herrmann
Mary Matterer
Morris, James, Hitchens & Williams
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801

David Ellis Moore
Richard L. Horwitz
Potter Anderson & Corroon, LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 19801

Andrew Kochanowski
Sommers Schwartz PC
2000 Town Center, Suite 900
Southfield, MI 48075

Michael H. Baniak
Baniak Pine & Gannon
150 North Wacker Drive, Suite 1200
Chicago, IL 60606

Joe P. Lavelle
Thomas M. Dunham
Howrey LLP
1299 Pennsylvania Ave., NW
Washington, DC 20004

/s/ *Francis DiGiovanni*
Francis DiGiovanni, Esq. (No.3189)