IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUTOMOTIVE TECHNOLOGIES INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> HYUNDAI MOTOR AMERICA, <br> BMW OF NORTH AMERICA, LLC, <br> KIA MOTORS AMERICA, INC., <br><br> Defendants. | C.A. No. 06-391 (GMS) <br> JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

The undersigned, counsel for Defendants Hyundai Motor America (HMA) and Kia Motors America, Inc. (KMA), certifies that true and correct copies of DEFENDANTS HYUNDAI MOTOR AMERICA'S AND KIA MOTORS AMERICA INC.'S DEFENDANTS' PRELIMINARY INVALIDITY CONTENTIONS were caused to be served on January 23, 2007 upon the following counsel of record via electronic mail and first class mail:

Richard K Herrmann
Rherrmann@morrisjames.com
Mary Matterer
mmatterer@morrisjames.com
MORRIS JAMES LLP
500 Delaware Ave., Ste. 1500
PO Box 2306
Wilmington, DE 19801-1494

Andrew Kochanowski
AKochanowski@sommerspc.com
SOMMERS SCHWARTZ PC
2000 Town Center, Suite 900
Southfield, Michigan 48075

Michael H. Baniak
baniak@mbhb.com
MCDONNELL BOEHNEN HULBERT & BERGHOFF
300 South Wacker Drive
Chicago, Illinois 60606

*Attorneys for Plaintiff Automotive Technologies International, Inc.*

Richard L. Horwitz
rhorwitz@potteranderson.com
David Ellis Moore
dmoore@potteranderson.com
POTTER ANDERSON & CORROON, LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Phone: (302) 984-6000

Joseph P. Lavelle
LavelleJ@howrey.com
Thomas M. Dunham
dunhamt@howrey.com
HOWREY LLP
1299 Pennsylvania Ave., NW
Washington, DC 20004

*Attorneys for Defendant BMW of North America LLC*

2

Date: January 23, 2007    By:    /s/ *Paul E. Crawford*
Paul E. Crawford (Bar No. 0493)
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
Phone: 302.658.9141

*Attorneys for Defendants Hyundai Motor America and Kia Motors America, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that, on January 23, 2007, the foregoing Notice of Service was electronically filed with the Clerk of the Court via CM/ECF, and copies were caused to be served upon the following counsel of record via electronic mail:

Richard K Herrmann
Rherrmann@morrisjames.com
Mary Matterer
mmatterer@morrisjames.com
MORRIS JAMES LLP
500 Delaware Ave., Ste. 1500
PO Box 2306
Wilmington, DE 19801-1494

Andrew Kochanowski
AKochanowski@sommerspc.com
SOMMERS SCHWARTZ PC
2000 Town Center, Suite 900
Southfield, Michigan 48075

Michael H. Baniak
baniak@mbhb.com
MCDONNELL BOEHNEN HULBERT
& BERGHOFF
300 South Wacker Drive
Chicago, Illinois 60606

*Attorneys for Plaintiff Automotive Technologies International, Inc.:*

Richard L. Horwitz
rhorwitz@potteranderson.com
David Ellis Moore
dmoore@potteranderson.com
POTTER ANDERSON & CORROON, LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Phone: (302) 984-6000

Joseph P. Lavelle
LavelleJ@howrey.com
Thomas M. Dunham
dunhamt@howrey.com
HOWREY LLP
1299 Pennsylvania Ave., NW
Washington, DC 20004
Telephone: (202) 783-0800

*Attorneys for Defendant BMW of North America LLC*

    /s/ *Paul E. Crawford*
    Paul E. Crawford (Bar No. 0493)