IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUTOMOTIVE TECHNOLOGIES INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> HYUNDAI MOTOR AMERICA, BMW OF NORTH AMERICA, LLC and KIA MOTORS AMERICA, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 06-391 (GMS) <br> ) <br> ) <br> ) **JURY TRIAL DEMANDED** <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

The undersigned, counsel for Defendant BMW of North America, LLC, certifies that true and correct copies of Defendant BMW of North America, LLC's Preliminary Invalidity Contentions were caused to be served on January 23, 2007, on the attorneys of record at the following addresses in the manner as indicated:

**VIA HAND DELIVERY**

Richard K. Herrmann
Mary Matterer
Morris, James, Hitchens & Williams
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

Paul E. Crawford
Patricia S. Rogowski
Connolly Bove Lodge & Hutz LLP
The Nemours Building, 8th Floor
1007 North Orange Street
Wilmington, DE 19801

**VIA ELECTRONIC MAIL**

Andrew Kochanowski
Sommers Schwartz, P.C.
2000 Town Center, Suite 900
Southfiled, MI 48075
akochanowski@sommerspc.com

Michael H. Baniak
McDonnell Boehnen Hulbert & Berghoff
300 South Wacker Drive
Chicago, IL 60606
baniak@mbhb.com

**VIA ELECTRONIC MAIL (cont'd)**

Jeffrey K. Sherwood
Frank C. Cimino
Paul A. Gennari
Jin-Suk Park
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, DC 20036-1564
jsherwood@akingump.com
fcimino@akingump.com
pgennari@akingump.com
jspark@akingump.com

OF COUNSEL:

Joseph P. Lavelle
Thomas M. Dunham
HOWREY LLP
1299 Pennsylvania Ave., NW
Washington, DC 20004
Telephone: (202) 783-0800
Facsimile: (202) 383-6610

Dated: January 23, 2007

774067 / 30458

POTTER ANDERSON & CORROON LLP

By: */s/ Richard L. Horwitz*
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, Delaware 19801
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorney for Defendant*
*BMW of North America LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on January 23, 2007, the foregoing document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

Richard K. Herrmann
Mary Matterer
Morris, James, Hitchens & Williams
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

Paul E. Crawford
Patricia S. Rogowski
Connolly Bove Lodge & Hutz LLP
The Nemours Building, 8th Floor
1007 North Orange Street
Wilmington, DE 19801

I hereby certify that on January 23, 2007, I have Electronically Mailed the documents to the following non-registered participants:

Andrew Kochanowski
Sommers Schwartz, P.C.
2000 Town Center, Suite 900
Southfiled, MI 48075
akochanowski@sommerspc.com

Michael H. Baniak
McDonnell Boehnen Hulbert & Berghoff
300 South Wacker Drive
Chicago, IL 60606
baniak@mbhb.com

Jeffrey K. Sherwood
Frank C. Cimino
Paul A. Gennari
Jin-Suk Park
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, DC 20036-1564
jsherwood@akingump.com
fcimino@akingump.com
pgennari@akingump.com
jspark@akingump.com

By:  /s/ Richard L. Horwitz
    Richard L. Horwitz
    David E. Moore
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, Delaware 19899-0951
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

749385 / 30458