IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUTOMOTIVE TECHNOLOGIES INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> HYUNDAI MOTOR AMERICA, BMW OF NORTH AMERICA, LLC and KIA MOTORS AMERICA, INC., <br><br> Defendants. | ) ) ) ) ) ) C.A. No. 06-391 (GMS) ) ) ) **JURY TRIAL DEMANDED** ) ) ) ) |

## NOTICE OF SERVICE

The undersigned, counsel for Defendant BMW of North America, LLC, certifies that true and correct copies of Defendant BMW of North America, LLC's Initial List of Claim Terms and Proposed Claim Construction were caused to be served on January 26, 2007, on the attorneys of record at the following addresses in the manner as indicated:

### VIA HAND DELIVERY

Richard K. Herrmann
Mary Matterer
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801

Paul E. Crawford
Patricia S. Rogowski
Connolly Bove Lodge & Hutz LLP
The Nemours Building, 8th Floor
1007 North Orange Street
Wilmington, DE 19801

### VIA ELECTRONIC MAIL

Andrew Kochanowski
Sommers Schwartz, P.C.
2000 Town Center, Suite 900
Southfiled, MI 48075
akochanowski@sommerspc.com

Michael H. Baniak
McDonnell Boehnen Hulbert & Berghoff
300 South Wacker Drive
Chicago, IL 60606
baniak@mbhb.com

**VIA ELECTRONIC MAIL (cont'd)**

Jeffrey K. Sherwood
Frank C. Cimino
Paul A. Gennari
Jin-Suk Park
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, DC  20036-1564
jsherwood@akingump.com
fcimino@akingump.com
pgennari@akingump.com
jspark@akingump.com

|  |  |
|---|---|
|  | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: |  |
|  | By:  /s/ David E. Moore |
| Joseph P. Lavelle | Richard L. Horwitz (#2246) |
| Thomas M. Dunham | David E. Moore (#3983) |
| HOWREY LLP | Hercules Plaza, 6th Floor |
| 1299 Pennsylvania Ave., NW | 1313 N. Market Street |
| Washington, DC  20004 | Wilmington, Delaware 19801 |
| Telephone: (202) 783-0800 | Tel:  (302) 984-6000 |
| Facsimile: (202) 383-6610 | rhorwitz@potteranderson.com |
|  | dmoore@potteranderson.com |
| Dated:  January 26, 2007 |  |
|  | *Attorney for Defendant* |
|  | *BMW of North America LLC* |

774802 / 30458

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

  I, David E. Moore, hereby certify that on January 26, 2007, the foregoing document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

Richard K. Herrmann
Mary Matterer
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801

Paul E. Crawford
Patricia S. Rogowski
Connolly Bove Lodge & Hutz LLP
The Nemours Building, 8th Floor
1007 North Orange Street
Wilmington, DE 19801

  I hereby certify that on January 26, 2007, I have Electronically Mailed the documents to the following non-registered participants:

Andrew Kochanowski
Sommers Schwartz, P.C.
2000 Town Center, Suite 900
Southfiled, MI 48075
akochanowski@sommerspc.com

Michael H. Baniak
McDonnell Boehnen Hulbert & Berghoff
300 South Wacker Drive
Chicago, IL 60606
baniak@mbhb.com

Jeffrey K. Sherwood
Frank C. Cimino
Paul A. Gennari
Jin-Suk Park
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, DC 20036-1564
jsherwood@akingump.com
fcimino@akingump.com
pgennari@akingump.com
jspark@akingump.com

By: /s/ David E. Moore
   Richard L. Horwitz
   David E. Moore
   Hercules Plaza, 6th Floor
   1313 N. Market Street
   Wilmington, Delaware 19899-0951
   (302) 984-6000
   rhorwitz@potteranderson.com
   dmoore@potteranderson.com

749385 / 30458

2