IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUTOMOTIVE TECHNOLOGIES INTERNATIONAL, INC.<br><br>       Plaintiff,<br><br>  v.<br><br>HYUNDAI MOTOR OF AMERICA, BMW OF NORTH AMERICA, LLC and KIA MOTORS AMERICA, INC.,<br><br>       Defendants. | C.A. No. 06-391 (GMS) |

## NOTICE OF SERVICE

Please take notice copies of the following documents were served on the following counsel as indicated below:

1. Plaintiff's Answers to Defendant BMW's First Set of Interrogatories (1-9);

2. Plaintiff's Response to Defendant BMW's First Set of Requests for Production of Documents and Things (1-41);

3. Plaintiff's Answers to Defendant Hyundai Motor America's First Set of Interrogatories (1-4);

4. Plaintiff's Answers to Defendant Kia Motors America, Inc.'s First Set of Interrogatories (1-4);

5. Plaintiff's Response to Defendant Hyundai Motor America's and Kia Motors America, Inc.'s First Set of Request for Production of Documents and Things (1-104); and

6. Preliminary Claim Identification and Infringement Analysis Charts.

**Via Email on January 22, 2007**

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware  19801

**Via Email on January 22, 2007**

Jeffrey K. Sherwood
Jin-Suk Park
Akin Gump Strauss Hauer & Eeld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, D.C.  20036-1564

2

| **Via Hand Delivery on Feb. 1, 2007** | **Via First Class Mail on Feb. 1, 2007** |
|---|---|
| Paul E. Crawford<br>Patricia S. Rogowski<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Bldg., 8th Floor<br>1007 North Orange Street<br>Wilmington, DE  19801 | Joseph P. Lavelle<br>Thomas M. Dunham<br>Howrey LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20004 |

February 1, 2007

      */s/ Richard K. Herrmann*
Richard K. Herrmann (I.D. No. 405)
Mary B. Matterer (I.D. No. 2696)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware  19801-1494
(302) 888-6800
rherrmann@morrisjames.com

Attorneys for Plaintiff
AUTOMOTIVE TECHNOLOGIES INTERNATIONAL, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of February 1, 2007, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

Paul E. Crawford
Patricia S. Rogowski
Connolly Bove Lodge & Hutz LLP
The Nemours Bldg, 8th Floor
1007 North Orange Street
Wilmington, DE 19801

Additionally, I hereby certify that on the same date the foregoing document was served on the above counsel via email and counsel listed below via email:

Joseph P. Lavelle
Thomas M. Dunham
Howrey LLP
1299 Pennsylvania Ave, NW
Washington, DC 20004
202.783.0800

Jeffrey K. Sherwood
Jin-Suk Park
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Ave, NW
Washington, DC 20036-1564
202.887.4000

        /s/ Richard K. Herrmann
Richard K. Herrmann (I.D. No. 405)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com