IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUTOMOTIVE TECHNOLOGIES INTERNATIONAL, INC.<br><br>       Plaintiff,<br><br>  v.<br><br>HYUNDAI MOTOR OF AMERICA, BMW OF NORTH AMERICA, LLC and KIA MOTORS AMERICA, INC.,<br><br>       Defendants. | C.A. No. 06-391 (GMS) |

**NOTICE OF SERVICE**

Please take notice that on January 19, 2007, copies of Plaintiff's List of Claim Terms were served upon counsel of record listed below via facsimile and U.S. mail, postage prepaid.

Please take further notice that on January 26, 2007, copies of Plaintiff's Proposed Claim Constructions were served via facsimile and U.S. mail, postage prepaid, upon the following counsel of record:

Richard L. Horwitz
rhorwitz@potteranderson.com
David E. Moore
dmoore@potteranderson.com
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware  19801

Joseph P. Lavelle
lavelle@howrey.com
Thomas M. Dunham
dunhamt@howrey.com
Howrey LLP
1299 Pennsylvania Avenue, NW
Washington, D.C.  20004
202-783-0800

Paul E. Crawford
pcrawford@cblh.com
Patricia S. Rogowski
progowski@cblh.com
Connolly Bove Lodge & Hutz LLP
The Nemours Building, 8th Floor
1007 North Orange Street
Wilmington, Delaware  19801

Jeffrey K. Sherwood
jsherwood@akingump.com
Jin-Suk Park
jspark@akingump.com
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, D.C.  20036-1564
202-887-4000

February 8, 2007  /s/ *Richard K. Herrmann*
Richard K. Herrmann (I.D. No. 405)
Mary Matterer (I.D. No. 2696)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801-1494
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

Michael H. Baniak
MCDONNELL BOEHNEN HULBERT & BERGHOFF
300 South Wacker Drive
Chicago, Illinois 60606
312-913-0001 Telephone
312-913-0002 Facsimile

Andrew Kochanowski
SOMMERS SCHWARTZ, P.C.
2000 Town Center, Suite 900
Southfield, Michigan 48075
(248) 355-0300 Telephone
(248) 936-2140 Facsimile

Attorneys for Plaintiff
AUTOMOTIVE TECHNOLOGIES INTERNATIONAL, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2007, the foregoing **Notice of Service** was electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

| | |
|---|---|
| Richard L. Horwitz | Paul E. Crawford |
| rhorwitz@potteranderson.com | pcrawford@cblh.com |
| David E. Moore | Patricia S. Rogowski |
| dmoore@potteranderson.com | progowski@cblh.com |
| Potter Anderson & Corroon LLP | Connolly Bove Lodge & Hutz LLP |
| Hercules Plaza, 6th Floor | The Nemours Building, 8th Floor |
| 1313 N. Market Street | 1007 North Orange Street |
| Wilmington, Delaware  19801 | Wilmington, Delaware  19801 |

Additionally, I hereby certify that on the same date, the foregoing Notice of Service was served via email on the above counsel, and also on the counsel listed below:

| | |
|---|---|
| Joseph P. Lavelle | Jeffrey K. Sherwood |
| lavelle@howrey.com | jsherwood@akingump.com |
| Thomas M. Dunham | Jin-Suk Park |
| dunhamt@howrey.com | jspark@akingump.com |
| Howrey LLP | Akin Gump Strauss Hauer & Feld LLP |
| 1299 Pennsylvania Avenue, NW | Robert S. Strauss Building |
| Washington, D.C.  20004 | 1333 New Hampshire Avenue, NW |
| 202-783-0800 | Washington, D.C.  20036-1564 |
| | 202-887-4000 |

*/s/ Richard K. Herrmann*
Richard K. Herrmann (I.D. No. 405)
Mary Matterer (I.D. No. 2696)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware  19801-1494
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com