### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUTOMOTIVE TECHNOLOGIES INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> HYUNDAI MOTOR AMERICA, BMW OF NORTH AMERICA, LLC and KIA MOTORS AMERICA, INC., <br><br> Defendants. | C.A. No. 06-391 (GMS) <br><br> **JURY TRIAL DEMANDED** |

### CONTINGENT MOTION TO STAY PENDING REEXAMINATION

Defendant, BMW of North America LLC ("BMWNA") is aware of a motion filed by the defendants in the related action *ATI v. American Honda Motor Co., Inc. et al.*, C.A. No. 06-187-GMS ("the Honda Action") to stay the Honda Action pending the resolution of USPTO reexamination of certain of the patents at issue in that case, which patents are also at issue in this case.

Many of the same patents involved in the Honda Action are also involved in this case, including the patents that are being reexamined by the PTO. In view of the similarity of patents and issues in the two cases and to conserve the Court's resources by avoiding needless and duplicative motion practice, BMWNA respectfully moves that this Court's disposition of the motion to stay in the Honda Action should likewise apply to the present case.

Thus, if the Court stays the Honda Action, BMWNA asks the Court to stay this action. If the Court grants a partial stay in the Honda Action as to the patents in reexamination, BMWNA asks for the same partial stay in this case. If the Court denies the motion to stay in the Honda Action, BMWNA likewise agrees that no stay would be appropriate in this case either.

Defendant BMWNA has contacted counsel for plaintiff, Automotive Technologies International, Inc. ("ATI") regarding this motion, and BMWNA

2

understands that ATI does not oppose this motion. BMWNA has also contacted counsel for defendants Hyundai Motor of America and Kia Motors America, Inc. regarding this motion. Hyundai and Kia apparently are considering the matter and separately will advise the Court of their position regarding a stay of this case.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Joseph P. Lavelle
Thomas M. Dunham
HOWREY LLP
1299 Pennsylvania Ave., NW
Washington, DC  20004
Telephone: (202) 783-0800
Facsimile: (202) 383-6610

Dated:  February 20, 2007
778763 / 30458

By:  /s/ David E. Moore
 Richard L. Horwitz (#2246)
 David E. Moore (#3983)
 Hercules Plaza, 6th Floor
 1313 N. Market Street
 Wilmington, Delaware 19801
 Tel:  (302) 984-6000
 rhorwitz@potteranderson.com
 dmoore@potteranderson.com

*Attorney for Defendant*
*BMW of North America LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on February 20, 2007, the foregoing document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

Richard K. Herrmann
Mary Matterer
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801

Paul E. Crawford
Patricia S. Rogowski
Connolly Bove Lodge & Hutz LLP
The Nemours Building, 8th Floor
1007 North Orange Street
Wilmington, DE  19801

I hereby certify that on February 20, 2007, I have Electronically Mailed the documents to the following non-registered participants:

Andrew Kochanowski
Sommers Schwartz, P.C.
2000 Town Center, Suite 900
Southfiled, MI  48075
akochanowski@sommerspc.com

Michael H. Baniak
McDonnell Boehnen Hulbert & Berghoff
300 South Wacker Drive
Chicago, IL  60606
baniak@mbhb.com

Jeffrey K. Sherwood
Frank C. Cimino
Paul A. Gennari
Jin-Suk Park
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, DC  20036-1564
jsherwood@akingump.com
fcimino@akingump.com
pgennari@akingump.com
jspark@akingump.com

By: /s/ David E. Moore
  Richard L. Horwitz
  David E. Moore
  Hercules Plaza, 6th Floor
  1313 N. Market Street
  Wilmington, Delaware 19899-0951
  (302) 984-6000
  rhorwitz@potteranderson.com
  dmoore@potteranderson.com

749385 / 30458

2