IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AUTOMOTIVE TECHNOLOGIES INTERNATIONAL INC.<br><br>***Plaintiff***<br><br>v.<br><br>HYUNDAI MOTOR AMERICA, BMW OF NORTH AMERICA LLC AND KIA MOTORS AMERICA INC.<br><br>***Defendants*** | ) | C.A. NO. 1:06-CV-391 -GMS<br>JURY TRIAL DEMANDED |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Pursuant to Local Rule 83.7, Defendants, Hyundai Motor America and Kia Motors America, Inc. hereby notifies the Court that Frank C. Cimino and Jeffrey K. Sherwood, previously admitted Pro-hac vice, are withdrawing as counsel for Hyundai Motor America and Kia Motors America, Inc. in this action.

The undersigned, as well as other counsel of record, William E. Potts and Jin-Sun Park of Akin Gump Strauss Hauer & Feld LLP, 1333 New Hampshire Avenue, NW, Washington, DC 20036, remain counsel of record for Hyundai Motor America and Kia Motors America, Inc. in this action.

Date: August 28, 2008

Respectfully submitted,

By: */s/ Paul E. Crawford*

Paul E. Crawford, Esq. (#0493)
Patricia S. Rogowski, Esq. (#2632)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building, 8th floor
1007 North Orange Street
Wilmington, DE 19801
Telephone: (302) 658-9141
Facsimile: (302) 658-5614

*ATTORNEYS FOR DEFENDANTS HYUNDAI MOTOR AMERICA and KIA MOTORS AMERICA INC.*

OF COUNSEL:

William E. Potts
Jin-Suk Park
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, DC 20036-1564
(202) 887-4000

*ATTORNEYS FOR DEFENDANTS HYUNDAI MOTOR AMERICA and KIA MOTORS AMERICA INC.*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2008, a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL OF COUNSEL** was caused to be served on the following via CM/ECF filing to:

Richard K. Herrmann
Mary Matterer
Morris, James, Hitchens & Williams
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon, LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 19801

*/s/ Paul E. Crawford*

Paul E. Crawford, Esq. (#0493)
Connolly Bove Lodge & Hutz LLP
(302) 888-6262
(302) 658-5614 (Facsimile)
pcrawford@cblh.com